**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMARA WAREKA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TRUFFL VENTURES LLC, et al.,<br><br>　　　　　　Defendants. | Case No. CV 25-5327-MWF(MARx)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO SERVE DEFENDANT TRUFFL VENTURES LLC |

The Court has read and considered Plaintiff Tamara Wareka's Request for Extension of Time to Serve Defendant Truffl Ventures LLC (the "Request").  (Docket No. 13).  For good cause shown, the Request is GRANTED.  The Court EXTENDS the deadline for Plaintiff to serve Defendant Truffl Ventures LLC with the Summons and Complaint in this action from September 10, 2025, to **November 10, 2025**.

**IT IS SO ORDERED.**

Dated:  September 3, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-