Mathew K. Higbee, Esq. Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne, Suite 200
North Las Vegas, NV 89032
(714) 617-8373
(714) 597-6559 facsimile
Email: mhigbee@higbee.law

*Attorney for Plaintiff,*
TAMARA WILLIAMS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA WAREKA p/k/a TAMARA WILLIAMS<br><br>Plaintiff,<br><br>v.<br><br>TRUFFL VENTURES LLC.; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:25-cv-5327<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)((i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff TAMARA WAREKA p/k/a TAMARA WILLIAMS, and or her counsel, hereby give notice that the above captioned action is voluntarily dismissed against the Defendant TRUFFL VENTURES LLC. and DOES 1-10 Inclusive, with prejudice and with each side to bear their own costs.

DATED: November 11, 2025

Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne, Suite 200
North Las Vegas, NV 89032
(714) 617-8373
(714) 597-6729 facsimile
mhigbee@higbee.law
*Attorney for Plaintiff*

1

**NOTICE OF VOLUNTARY DISMISSAL**